# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

Brian C. Koon,

        **Case No. 2:18-cv-1373**

    Petitioner,

    v.

        **Judge Michael H. Watson**

Belmont Correctional     **Magistrate Judge Chelsey M. Vascura**
Center,

    Respondent.

## OPINION AND ORDER

On December 3, 2018, the Magistrate Judge issued a Report and Recommendation pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts recommending that this action be transferred to the United States Court of Appeals for the Sixth Circuit as successive. ECF No. 5. Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation, ECF No. 5, is **ADOPTED** and **AFFIRMED**. This case is hereby **TRANSFERRED** to the Sixth Circuit as successive.

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**